

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2018

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re:  <u>United States v. Michael D'Alessio</u>, 18 Cr. 617 (JMF)

Dear Judge Furman:

  As directed by the Court at the September 5, 2018 initial conference, the Government respectfully submits the attached document, which is an excerpt from the Defendant's previously filed bankruptcy disclosure.[1]  Schedule E/F of the attached document provides the Defendant's unsecured creditors, including several real estate development and construction companies.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

       By: *Daniel Nessim*
          Daniel G. Nessim / Amanda Kramer
          Assistant United States Attorneys
          (212) 637-2486 / -2478

cc: Benjamin Brafman, Esq. (by ECF)

---

[1] The document was filed as docket entry 24 in *In re Michael D'Alessio*, No. 18-22552 (RDD) (Bankr. S.D.N.Y.).