The Law Offices of

# JOSEPH A. BONDY

**Joseph A. Bondy**  1776 Broadway
Suite 2000
New York NY 10019
Tel 212.219.3572
Fax 212.219.8456
josephbondy@mac.com

November 8, 2020

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New Yok, N.Y. 10007

Re:   United States v. Michael D'Alessio, 18-CR-617 (JMF)
      Application and Proposed Order to Seal Exhibits

Dear Judge Furman:

In connection with Mr. D'Alessio's Memorandum of Law in Support of Motion to Reduce Sentence Pursuant to Title 18 U.S.C. 3582(c)(1)(A)(i), the defense wishes to file certain records under seal as Exhibit E, F, and G.

We respectfully request leave to seal these exhibits in entirety, as they contain only medical and health information relating to the defendant. See Lugosch v. Pyramid Co. of Onondaga County, 435 F.3d 110, 119-27 (2d Cir. 2006) (noting that privacy interests can justify the sealing of documents). I have e-mailed a copy of these exhibits to chambers, for Your Honor's consideration.

Respectfully submitted,

*Joseph A. Bondy*
Joseph A. Bondy

c:   AUSA Daniel Nessim

Application GRANTED. That said, Counsel should resend the documents to Chambers as PDFs, not as files that need to be downloaded. The Clerk of Court is directed to terminate Doc. #56 and maintain the exhibits under seal. SO ORDERED.

November 9, 2020

1