```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :     18-CR-617 (JMF)
                                                                  :
MICHAEL D'ALESSIO,                                                :     ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Court has received an email from one of the victims in this case seeking information concerning the Defendant's prospective release from Bureau of Prisons custody. The Court has provided the Government with a copy of the email, which will be filed and maintained under seal. The Government shall contact the victim **within two weeks of the date of this Order** to answer the victim's questions and provide the victim with any requested information. No later than **May 17, 2021**, the Government shall file a letter confirming that it has done so and indicating whether there is anything else the Court should do.

      SO ORDERED.

Dated: April 30, 2021
       New York, New York
                                        JESSE M. FURMAN
                                       United States District Judge